IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| STACEY L. GOMEZ, | ) | |
| Petitioner, | ) | No. 04-0738-CV-DW |
| v. | ) | (No. 00-0053-01-CR-DW) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is Petitioner Stacey Gomez's motion for issuance of a certificate of appealability. (Doc. No. 18.) The Court previously denied him a certificate of appealability. See Order dated March 30, 2005, at p.4. There is nothing in the pending motion that convinces the Court that it erred in doing so. Accordingly, Petitioner's motion is denied.

IT IS SO ORDERED.


    /s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: April 25, 2005